ORIGINAL

ikedmengidabinf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IKED MENGIDAB, <br><br> Defendant. | CRIMINAL CASE NO. 07-00024 <br><br> **INFORMATION** <br><br> **THEFT OF GOVERNMENT PROPERTY** <br> [18 U.S.C. § 641] <br> (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

On or about January 25, 2007, in the District of Guam, the defendant herein, IKED MENGIDAB, willfully and knowingly did embezzle, steal, convert to his own use and without authority dispose of a thing of value of the United States, to wit: four chairs from Andersen Air Force Base, with the intent to permanently deprive the owner the use and enjoyment thereof, of the value of less than $1,000, property of the United States, in violation of Title 18, United States Code, Section 641.

### COUNT II - THEFT OF GOVERNMENT PROPERTY

On or about January 25, 2007, in the District of Guam, the defendant herein, IKED MENGIDAB, willfully and knowingly did embezzle, steal, convert to his own use and without authority dispose of a thing of value of the United States, to wit: a sofa from Andersen Air Force

1  Base, with the intent to permanently deprive the owner the use and enjoyment thereof, of the
2  value of less than $1,000, property of the United States, in violation of Title 18, United States
3  Code, Section 641.
4      DATED this _13_ day of March 2007.

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

                By:    [signature]
                              KRISTIN D. ST. PETER
                              Special Assistant U.S. Attorney