# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00024**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____IKED MENGIDAB_____

Alias Name _____

Address _____

Birthdate _____ SS# _____ Sex __M__ Race _____ Nationality _____

**U.S. Attorney Information:**

SAUSA ___KRISTIN D. ST. PETER___

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ____ Petty __X__ Misdemeanor ____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18 USC 641 | Theft of Government Property | 1 - 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __3/13/07__   Signature of AUSA: _K. D. St Pet_

**RECEIVED MAR 13 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**