AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| IKED MENGIDAB | Case Number: CR-07-00024 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: Honorable Joaquin V. E Manibusan, Jr. | Wednesday, March 21, 2007 at 1:30 p.m. |

To answer a(n)
Indictment  **X** Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  Violation Notice

Charging you with a violation of Title ___ **18** ___ United States Code, Section(s) ___ **641** ___

Brief description of offense:

**THEFT OF GOVERNMENT PROPERTY (Misdemeanor) - Counts 1 and 2**

**FILED**
DISTRICT COURT OF GUAM
MAR 1 6 2007
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_/s/ Marilyn B. Alcon_
Signature of Issuing Officer

__March 14, 2007__
Date

# RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 3/16/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

US MS - Hagat, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  3/16/07
           Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.