PS 40
(REV. 6/05)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[X] **Original Notice**    [ ] **Notice of Disposition**

Date: **March 21, 2007**
By: **Joaquin V.E. Manibusan, Jr. U.S. Magistrate Judge**

Date: _____
By: _____

**FILED**
DISTRICT COURT OF GUAM
MAR 26 2007
MARY L. M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Defendant: | **MENGIDAB, Iked** | Case Number: | **CRIMINAL CASE #07-00024-001** |
| Date of Birth: | **XX-XX-1957** | Place of Birth: | **Koror, Republic of Palau** |
| SSN: | **XXX-XX-5336** | | |

**NOTICE OF COURT ORDER** (Order Date: **March 23, 2007**)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
 [ ] Not Convicted - PS40/Passport returned to defendant.
 [ ] Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
 [ ] Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**