

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2007
**MARY L.M. MORAN**
**CLERK OF COURT**

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | Immigration and Customs Enforcement<br>Attn: Detention and Removal Operations<br>108 Hernan Cortez, Suite 100<br>Hagatna, Guam 96910 | **FROM:** | John W. San Nicolas II, U.S. Probation Officer<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |
| [X] | **Original Notice** | [ ] | **Disposition of Original Notice** |
| Date: | **March 21, 2007** | Date: | |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | |

| | | | |
|---|---|---|---|
| Defendant: | **MENGIDAB, Iked** | Case Number: | **CRIMINAL CASE #07-00024-001** |
| Date of Birth: | **XX-XX-1957** | Place of Birth: | **Koror, Republic of Palau** |
| SSN: | **XXX-XX-5336** | Alien ("A") Number: | |

**NOTICE OF COURT ORDER** (Order Date: **March 23, 2007** )

[X] The above-named defendant surrendered Passport Number **XXXXXXX** (Issuing Country: **Palau** ) to the custody of the U.S. Probation Office on **03/29/2007** .

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)

**ORIGINAL**