LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00024 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING INFORMATION** |
| vs. ) | |
| ) | |
| IKED MENGIDAB, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The United States' Motion to Dismiss the Information as to defendant, IKED MENGIDAB, is hereby granted.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Apr 27, 2007**