PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO**: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM**: John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| ☐ **Original Notice** | **X** **Notice of Disposition** |
|---|---|
| Date: **March 21, 2007** | Date: **April 27, 2007** |
| By: **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** | By: **Joaquin V.E. Manibusan, Jr.** **U.S. Magistrate Judge** |

Defendant: **MENGIDAB, Iked**  Case Number: **CRIMINAL CASE #07-00024-001**
Date of Birth: **XX-XX-1957**  Place of Birth: **Koror, Republic of Palau**
SSN: **XXX-XX-5336**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **March 23, 2007**)

**X** The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

**X** Defendant not convicted. *CASE DISMISSED ON APRIL 27, 2007, AS ORDERED BY U.S. MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR.*

☐ Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ✓ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)