PS 40A
(REV. 6/05)

## UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**TO**:   Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

**FROM:**  John W. San Nicolas II, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

| | **Original Notice** | **X** | **Disposition of Original Notice** |
|---|---|---|---|

Date:    **March 21, 2007**

Date:    **April 27, 2007**

By:    **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

By:    **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Defendant:    **MENGIDAB, Iked**

Case Number:    **CRIMINAL CASE #07-00024-0**01

Date of Birth:    **XX-XX-1957**

Place of Birth:    **Koror, Republic of Palau**

SSN:    **XXX-XX-5336**

Alien ("A") Number:

**NOTICE OF COURT ORDER** (Order Date:    **March 23, 2007**    )

**X**    The above-named defendant surrendered Passport Number    **XXXXXXX**    (Issuing

Country:    **Palau**    ) to the custody of the U.S. Probation Office on   **03/29/2007** .

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

**X**    Defendant not convicted. *Case dismissed on April 27, 2007, as ordered by U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr.*

   Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
  ✓ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)