1  FRANK MICHAEL CRUZ
   Chief U.S. Probation Officer
2  JOHN W. SAN NICOLAS II
   U.S. Probation Officer
3  U.S. District Court of Guam
   2nd Floor, U.S. Courthouse
4  520 West Soledad Avenue
   Hagatna, Guam 96910
5  Telephone: (671) 473-9201
   Fax: (671) 473-9202

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 07-00024-001 |
| ) | |
| Plaintiff, ) | |
| ) | **APPLICATION FOR** |
| vs. ) | **RELEASE OF PASSPORT** |
| ) | |
| IKED MENGIDAB ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case and requests for the release of the Republic of Palau Passport Number XXXXXXXX to the defendant, Iked Mengidab. The passport was released to the custody of the U.S. Probation Office pending the disposition of this case. The defendant's case was dismissed on April 27, 2007.

Dated this 2nd day of May 2007.

/s/ JOHN W. SAN NICOLAS II
U.S. Probation Officer